UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
SEP 26 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:11-0228
                                        29 U.S.C. § 501(c)

FREDA HENSLEY

# I N F O R M A T I O N

The United States Attorney Charges:

From on or about August 21, 2008, through May 21, 2010, at or near Logan County, West Virginia, in the Southern District of West Virginia, defendant FREDA HENSLEY, while an officer, that is, president, of Steelworkers, AFL-CIO, Local Union 14505, a labor organization engaged in an industry affecting commerce, did knowingly embezzle, steal and unlawfully and willfully abstract and convert to her own use and to the use of another, the monies, funds, and property of Steelworkers, AFL-CIO, Local Union 14505 in the approximate amount of $38,539.68.

All in violation of Title 29, United States Code, Section 501(c).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
HUNTER P. SMITH JR.
Assistant United States Attorney